United States District Court
for the Middle District of Pennsylvania

Frederick Banks,
    Plaintiff,

v.

SIS Davenport; Ten Unknown Named SHU Correctional Officers of FCC Forrest City; Charles Samuels, Director; FCC Forrest City SHU Lt.; Federal Bureau of Prisons; United States of America; FCC Forrest City SIS Department; Warden Anthony Haynes; Tracie Fenner, RDAP PTS; Daniel Nellor, RDAP Coordinator; DTS Foreman; Captain Price; Dr. Cuccio; CO Roberts; Defendants

Civil Action No.

[Jury Trial Demanded]

FILED
HARRISBURG, PA
JUN 26 2013
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Southside Salvation Army Store of Pittsburgh, PA.

Complaint

Using my religion (Wicca) in a derogatory manner SIS Lt. Davenport, the FCC Forrest City SIS Department, Warden Anthony Haynes, Federal Bureau of Prisons, USA; DTS Tracie Fenner, DTS Foreman, Captain Price; RDAP Coordinator Daniel Nellor and Ten Unknown Named SHU officers, instituted a conspiracy captain to harass me using a recently developed technology known to the American public as "Remote Neural Monitoring" this technology allowed these defendants to monitor, record, converse and harass Plaintiff continually by making derogatory marks about his Wiccan religion, invade his right to privacy, seize and alter his thoughts, make him forget important details and other things and generally to create discomfort months after plaintiff was released from Federal Prison. These federal defendants employed the Southside Salvation Army in Pittsburgh to harass plaintiff. Banks moves the court to appoint an expert on this technology and to enjoin Defendants from this activity. Since Defendants actions were knowing, intelligent, purposeful and malicious Defendants are liable to Banks in the amount of $ Fifty million dollars along with costs, interest and fees and punative damages totaling $One Hundred Fifty Million Dollars.

Wherefore, judgment should be entered for plaintiff and against Defendant in the amount of one hundred fifty million dollars plus cost, interest and fees. A Jury trial and evidentiary hearing should be ordered. executed under the penalty for perjury.

Respectfully Submitted,

_____

Frederick Banks
PO Box 42303
Pittsburgh, PA 15203
Plaintiff