IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**FREDERICK BANKS**                                                                                   **PLAINTIFF**

v.                                           No. 4:13-cv-412-DPM

**DAVENPORT; CHARLES SAMUELS;
FEDERAL BUREAU OF PRISONS;
ANTHONY HAYNES; TRACIE FENNER;
DANIEL NELLOR; CUCCIO; ROBERTS;
USA; PRICE; SALVATION ARMY; DOES 1-13**                 **DEFENDANTS**

## JUDGMENT

Banks's complaint is dismissed without prejudice. An *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

_____
D.P. Marshall Jr.
United States District Judge

27 August 2013

-1-